IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD C. BLACK,**

      **Plaintiff,**

  -vs-                             No. 98-CV-4030 DRH

**PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,**

      **Defendant.**

### ORDER DISPOSING OF EXHIBITS

It appearing to the Court that the Clerk gave notice to the parties to make arrangements within thirty (30) days remove their respective exhibits or the matter would be referred to the Court for disposition, and it further appearing that the Defendant has failed to comply with the requirements of the notice, and pursuant to the provisions of Rule 79.1(b) of the Rules of the Southern District of Illinois,

NOW, THEREFORE, IT IS ORDERED that the exhibits in custody of the Clerk which have not been removed pursuant to the Notice be destroyed.

Dated this 11th day of April, 2008.

                                      /s/ David R Herndon
                                      **CHIEF JUDGE**
                                      **UNITED STATES DISTRICT COURT**